1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  DOUGLAS SPRAGUE (CSBN 202121 )
   Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7359
7     Facsimile: (415) 436-7234
      denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No. 03-07-70344 BZ |
|---|---|---|
|     Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME |
|     v. | ) ) ) | |
| JOHN DOE aka VADINHO aka GERARDO GUILLERMO RUIZ-SANCHEZ, | ) ) ) ) | |
|     Defendant. | ) ) | |

On June 22, 2007, the parties appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from June 22, 2007 through July 10, 2007. Further, counsel for the defendant waived the defendant's right to a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c), (d).

    The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be removed from the July 10, 2007 calendar and be continued until August 2, 2007 and that time should be excluded from the Speedy Trial Act calculations from July 10, 2007 through

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ

1  August 2, 2007 for effective preparation of counsel.
2  The Government is in the process of preparing and providing discovery to the defendant.
3  Further, counsel for the Government and defense counsel are currently discussing pre-indictment
4  resolution of this matter.  Finally, counsel for the defendant does not believe it is within his
5  client's best interest to hold a preliminary hearing within 10 days, pursuant to Fed. R. Crim. P.
6  5.1(c),(d).  The parties represent that granting this continuance is necessary for effective
7  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
8  to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See 18
9  U.S.C. § 3161(h)(8)(B)(iv).
10  IT IS SO STIPULATED.

        SCOTT N. SCHOOLS
        United States Attorney

DATED: July 9, 2007          _____/s/_____
        DENISE MARIE BARTON
        Assistant United States Attorney


DATED: July 9, 2007          _____/s/_____
        GEORGE BOISSEAU
        Attorney for JOHN DOE aka VADINHO
        aka GERARDO GUILLERMO RUIZ-
        SANCHEZ

**IT IS SO ORDERED.**

The Preliminary Hearing shall be removed from the July 10, 2007 calendar and be continued until August 2, 2007.  For the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from July 10, 2007 through August 2, 2007 for effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant

1 | effective preparation of counsel, taking into account the exercise of due diligence, and would
2 | result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED: 7-9-07

*IT IS SO ORDERED*

Judge James Larson

Honorable
United States

*[Seal: United States District Court, Northern District of California]*

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ

3