SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121 )
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE aka VADINHO aka GERARDO GUILLERMO RUIZ-SANCHEZ,<br><br>    Defendant. | CR No. 03-07-70344 BZ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME |

    The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be removed from the August 2, 2007 calendar and be continued until August 14, 2007 and that time should be excluded from the Speedy Trial Act calculations from August 2, 2007 through August 14, 2007 for effective preparation of counsel.

    The Government has and is continuing to provide discovery to the defendant. Further, counsel for the Government and defense counsel are currently discussing pre-indictment resolution of this matter. Finally, counsel for the defendant does not believe it is within his

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ

1

1  client's best interest to hold a preliminary hearing within 10 days, pursuant to Fed. R. Crim. P.
2  5.1(c),(d).  The parties represent that granting this continuance is necessary for effective
3  preparation of counsel to permit defense counsel to review discovery and to afford counsel time
4  to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See 18
5  U.S.C. § 3161(h)(8)(B)(iv).
6   IT IS SO STIPULATED.

7                                             SCOTT N. SCHOOLS
                                               United States Attorney
8

9
   DATED: July 30, 2007                       _____/s/_____
10                                             DENISE MARIE BARTON
                                               Assistant United States Attorney
11

12
   DATED: July 30, 2007                       _____/s/_____
13                                             GEORGE BOISSEAU
                                               Attorney for JOHN DOE aka VADINHO
14                                             aka GERARDO GUILLERMO RUIZ-
                                               SANCHEZ
15
       **IT IS SO ORDERED.**
16
         The Preliminary Hearing shall be removed from the August 2, 2007 calendar and be
17
   continued until August 14, 2007.  For the reasons stated above, the Court finds that the ends of
18
   justice served by the continuance outweigh the best interests of the public and the defendant in a
19
   speedy trial and that time should be excluded from the Speedy Trial Act calculations from
20
   August 2, 2007 through August 14, 2007 for effective preparation of counsel.  See 18 U.S.C.
21
   §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
22
   effective preparation of counsel, taking into account the exercise of due diligence, and would
23
   result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
24

25
   DATED: 8/1/7                                _____
26
                                               Honorable _____ C. Spero
27                                             United States _____
28
   ___
STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ
                                              2