SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

DOUGLAS SPRAGUE (CSBN 202121 )
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 03-07-70344 BZ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| JOHN DOE aka VADINHO aka GERARDO GUILLERMO RUIZ-SANCHEZ, | |
| Defendant. | |

    The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be removed from the August 14, 2007 calendar and be continued until August 23, 2007 and that time should be excluded from the Speedy Trial Act calculations from August 14, 2007 through August 23, 2007 for effective preparation of counsel. The Government has and is continuing to provide discovery to the defendant. Further, counsel for the Government and defense counsel are currently discussing pre-indictment resolution of this matter. Finally, counsel for the defendant does not believe it is within his client's best interest to hold a

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY
HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ

preliminary hearing within 10 days, pursuant to Fed. R. Crim. P. 5.1(c),(d).   The parties represent that granting this continuance is necessary for effective preparation of counsel to permit defense counsel to review discovery, taking into account the exercise of due diligence.   See 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

                                  SCOTT N. SCHOOLS
                                  United States Attorney

DATED: August 8, 2007                     _____/s/_____
                                  DENISE MARIE BARTON
                                  Assistant United States Attorney

DATED: August 8, 2007                     _____/s/_____
                                  GEORGE BOISSEAU
                                  Attorney for JOHN DOE aka VADINHO
                                  aka GERARDO GUILLERMO RUIZ-
                                  SANCHEZ

**IT IS SO ORDERED.**

The Preliminary Hearing shall be removed from the August 14, 2007 calendar and be continued until August 23, 2007.   For the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from August 14, 2007 through August 23, 2007 for effective preparation of counsel.   See 18 U.S.C. §3161(h)(8)(A).   The failure to grant the requested continuance would deny the defendant effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.   See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED:  8/10/7                                  _____
                                    Honorable Joseph
                                    United States Mag

STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME LIMIT FOR THE PRELIMINARY HEARING AND EXCLUDING TIME - CR 03-07-70344 BZ