AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |
| **OFFENSE CHARGED**<br>18 USC 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States<br>E-filing<br>☐ Petty<br>☐ Minor<br>☑ Misdemeanor<br>☐ Felony | **DEFENDANT - U.S.**<br>► WANDER CARLOS DE ARAUJO, a/k/a Vandinho, a/k/a Gerardo Guillermo Rizo Sanchez<br>**DISTRICT COURT NUMBER**<br>CR 07 0575 MAG |
| **PENALTY:**<br>Max. 1 year imprisonment; max. fine of $100,000; max. supervised release 1 year; mandatory special assessment $25; deportation | |

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges    ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution
US Marshal's Service

Has detainer been filed? ☑ Yes ☐ No    If "Yes" give date filed 6/18/2007

**DATE OF ARREST** ► 6/15/2007

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ► 6/18/2007

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security, Immigration and Customs Enforcement, SA Christopher Purfeerst

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ►

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70344 BZ

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Denise Marie Barton

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4                           E-filing
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11
12 UNITED STATES OF AMERICA,          )  CR 07 0575 MAG
                                      )  No.
13     Plaintiff,                     )  VIOLATION: Title 18, United States Code,
                                      )  Section 1028(a)(4) – Possession of an
14     v.                             )  Identification Document with Intent to
                                      )  Defraud the United States (Class A
15 WANDER CARLOS DE ARAUJO,           )  Misdemeanor)
       a/k/a Vandinho,                )
16     a/k/a Gerardo Guillermo Ruiz-Sanchez, )
                                      )  SAN FRANCISCO VENUE
17     Defendant.                     )
                                      )
18 _____)

19                     INFORMATION

20 The United States Attorney charges:

21     Beginning on or about April 20, 2005 and continuing until on or about June 15, 2007, in

22 the Northern District of California, the defendant,

23              WANDER CARLOS DE ARAUJO,
                    a/k/a Vandinho,
24            a/k/a Gerardo Guillermo Ruiz-Sanchez,

25 knowingly possessed an identification document, authentication feature, or false identification

26 document, that was not an identification document issued lawfully for his use, to wit: one

27 California driver's license in the name of Gerardo Guillermo Ruiz-Sanchez, with the intent that

28 //

INFORMATION                    Page 1 of 2

1  such document or feature be used to defraud the United States, in violation of Title 18, United
2  States Code, Section 1028(a)(4), a Class A Misdemeanor.
3
4
5  DATED: September 5, 2007                    SCOTT N. SCHOOLS
                                               United States Attorney
6
7
8                                              _____
                                               GREGG W. LOWDER
9                                              Deputy Chief, Major Crimes Section
10
11 (Approved as to form: _____)
                        DENISE MARIE BARTON
12                      Assistant United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION
                                Page 2 of 2