SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-575 MAG |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
|    v. | |
| WANDER CARLOS DE ARAUJO,<br>   a/k/a VADINHO,<br>   a/k/a GERARDO GUILLERMO RUIZ-SANCHEZ, | |
|    Defendant. | |

    The parties now stipulate and request that the Court enter an Order removing the sentencing hearing from the October 2, 2007 calendar and resetting it for October 23, 2007.  On September 6, 2007, the defendant pled guilty pursuant to a Plea Agreement with the Government to a one count Information charging Misdemeanor Possession of an Identification document with the intent to defraud the United States, in violation of Title 18, United States Code, section 1028(a)(4).  As part of his Plea Agreement with the Government, the defendant agreed to testify truthfully at deposition in connection with *United States v. Silva*, CR 07-03-7-345 BZ prior to

STIPULATION AND [PROPOSED] ORDER, CR 07-575 MAG

sentencing. That deposition has been scheduled for October 12, 2007. The parties agree that until the defendant testifies at this deposition, he may not be sentenced in accordance with the terms of the Plea Agreement.

IT IS SO STIPULATED.

                                                     SCOTT N. SCHOOLS
                                                     United States Attorney

DATED: October 1, 2007                     _____/s/_____
                                                     DENISE MARIE BARTON
                                                     Assistant United States Attorney

DATED: October 1, 2007                     _____/s/_____
                                                     GEORGE BOISSEAU
                                                   Attorney for JOHN DOE aka VADINHO
                                                   aka GERARDO GUILLERMO RUIZ-
                                                   SANCHEZ

**IT IS SO ORDERED.**

     For the reasons stated above, the Court resets the Sentencing Date from October 2, 2007 to October 23, 2007.

DATED:_____                       _____
                                              Honorable Elizabeth D. Laporte
                                              United States Magistrate Judge