SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7359
Facsimile: (415) 436-7234
denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-575 MAG |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) |   AS MODIFIED |
|   v. ) | |
| WANDER CARLOS DE ARAUJO, ) | |
|   a/k/a VADINHO, ) | |
|   a/k/a GERARDO GUILLERMO RUIZ- ) | |
|   SANCHEZ, ) | |
|     Defendant._____ ) | |

      The parties now stipulate and request that the Court enter an Order removing the

sentencing hearing from the October 2, 2007 calendar and resetting it for October 23, 2007.  On

September 6, 2007, the defendant pled guilty pursuant to a Plea Agreement with the Government

to a one count Information charging Misdemeanor Possession of an Identification document with

the intent to defraud the United States, in violation of Title 18, United States Code, section

1028(a)(4).  As part of his Plea Agreement with the Government, the defendant agreed to testify

truthfully at deposition in connection with *United States v. Silva*, CR 07-03-7-345 BZ prior to

1  sentencing.  That deposition has been scheduled for October 12, 2007.  The parties agree that

2  until the defendant testifies at this deposition, he may not be sentenced in accordance with the

3  terms of the Plea Agreement.

4

5   IT IS SO STIPULATED.

6                                                        SCOTT N. SCHOOLS
                                                        United States Attorney
7

8  DATED: October 1, 2007                    _____/s/_____

9                                                        DENISE MARIE BARTON
                                                        Assistant United States Attorney
10

11
   DATED: October 1, 2007                    _____/s/_____
12                                                        GEORGE BOISSEAU
                                                        Attorney for JOHN DOE aka VADINHO
13                                                        aka GERARDO GUILLERMO RUIZ-
                                                        SANCHEZ
14
       **IT IS SO ORDERED.**
15
           For the reasons stated above, the Court resets the Sentencing Date from October 2, 2007
16
   to October 23, 2007, at 11:00 a.m.
17

18

19
   DATED:___October 2, 2007___          _____
20
                                                 Honorable Elizabeth D. Laporte
21                                              United States Magistrate Judge

22   ___

23

24

25

26

27

28

